# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY MITCHENER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>PRN HEALTH SERVICES, LLC, a Wisconsin corporation; and DOES 1 through 25, inclusive<br><br>Defendant. | Case No. 5:25-cv-00013-EKL<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

## [~~PROPOSED~~] ORDER

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED that all claims brought by Plaintiff against Defendant are dismissed without prejudice as to Plaintiff in his individual capacity, and dismissed without prejudice as to the class. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  August 26, 2025

Hon. Eumi K. Lee